# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: MICHAEL J. PROVENZALE & SUZANNE M. PROVENZALE      Case Number: 05-77623
4850 COYOTE LAKES CIRCLE      SSN-xxx-xx-8763 & xxx-xx-5494
LAKE IN THE HILLS, IL  60156

Case filed on: 10/16/2005
Plan Confirmed on: 1/3/2007

D Dismissed

Total funds received and disbursed pursuant to the plan: $42,358.00      Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY PAUL M BACH | 1,400.00 | 1,400.00 | 1,400.00 | 0.00 |
|  | Total Legal | 1,400.00 | 1,400.00 | 1,400.00 | 0.00 |
| 041 | CODILIS & ASSOCIATES P C | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | MICHAEL J. PROVENZALE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | US BANK NATIONAL ASSOCIATION | 162,356.01 | 0.00 | 0.00 | 0.00 |
| 003 | GMAC MORTGAGE CORPORATION | 20,325.12 | 0.00 | 0.00 | 0.00 |
| 004 | NISSAN MOTOR ACCEPTANCE CORP | 38,480.56 | 0.00 | 0.00 | 0.00 |
| 042 | OCWEN LOAN SERVICING LLC | 360,000.00 | 0.00 | 0.00 | 0.00 |
| 043 | OCWEN LOAN SERVICING LLC | 90,000.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 671,161.69 | 0.00 | 0.00 | 0.00 |
| 001 | EQUITABLE | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | WASHINGTON MUTUAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | AMERICAN EXPRESS CENTURION BANK | 11,656.15 | 5,478.39 | 2,153.72 | 0.00 |
| 007 | AMERICAN EXPRESS BANK FSB | 4,748.37 | 2,231.73 | 877.36 | 0.00 |
| 008 | AMERICAN EXPRESS BANK FSB | 5,219.06 | 2,452.96 | 964.33 | 0.00 |
| 009 | AMERICAN EXPRESS TRAVEL RELATED SERVICES | 39,946.62 | 18,774.91 | 7,380.98 | 0.00 |
| 010 | BANK OF AMERICA NA | 6,282.70 | 2,952.87 | 1,160.87 | 0.00 |
| 011 | BP / CITI | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | CBUSA | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | CBUSA | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | LVNV FUNDING LLC | 4,018.05 | 1,888.48 | 742.42 | 0.00 |
| 015 | ECAST SETTLEMENT CORPORATION | 10,344.67 | 4,861.99 | 1,911.39 | 0.00 |
| 016 | LVNV FUNDING LLC | 1,768.46 | 831.18 | 326.76 | 0.00 |
| 017 | LVNV FUNDING LLC | 14,247.46 | 6,696.31 | 2,632.52 | 0.00 |
| 018 | CITI | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | LVNV FUNDING LLC | 16,512.93 | 7,761.08 | 3,051.11 | 0.00 |
| 020 | CITI | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | CITIFINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | DISCOVER FINANCIAL SERVICES | 10,158.91 | 4,774.69 | 1,877.07 | 0.00 |
| 023 | GEMB / EXXONMOBIL | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | GEMB / JCP | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | ECAST SETTLEMENT CORPORATION | 1,565.19 | 735.64 | 289.20 | 0.00 |
| 026 | ECAST SETTLEMENT CORPORATION | 15,273.77 | 7,178.67 | 2,822.15 | 0.00 |
| 027 | ECAST SETTLEMENT CORPORATION | 11,410.33 | 5,362.86 | 2,108.30 | 0.00 |
| 028 | SMC | 507.52 | 238.53 | 93.77 | 0.00 |
| 029 | BECKET & LEE, LLP | 20,597.48 | 9,680.82 | 3,805.82 | 0.00 |
| 030 | KOHL'S DEPARTMENT STORE | 1,433.03 | 673.52 | 264.78 | 0.00 |
| 031 | MARSHALL FIELD | 2,315.35 | 1,088.21 | 427.81 | 0.00 |
| 032 | MARSHALL FIELD | 827.56 | 388.95 | 152.91 | 0.00 |
| 033 | ECAST SETTLEMENT CORPORATION | 21,471.66 | 10,091.68 | 3,967.34 | 0.00 |
| 034 | NORDSTROM FSB | 675.53 | 317.50 | 124.82 | 0.00 |
| 035 | CREDITORS BANKRUPTCY SERVICE | 1,352.81 | 635.82 | 249.96 | 0.00 |
| 036 | LVNV FUNDING LLC | 837.77 | 393.75 | 154.79 | 0.00 |
| 037 | VON MAUR | 1,235.11 | 580.50 | 228.21 | 0.00 |
| 038 | WELLS FARGO FINANCIAL | 1,004.71 | 472.21 | 185.64 | 0.00 |
| 039 | WELLS FARGO FINANCIAL | 1,369.00 | 643.43 | 252.95 | 0.00 |
| 040 | WELLS FARGO FINANCIAL | 1,224.00 | 575.28 | 226.16 | 0.00 |
|  | Total Unsecured | 208,004.20 | 97,761.96 | 38,433.14 | 0.00 |
|  | Grand Total: | 880,565.89 | 99,161.96 | 39,833.14 | 0.00 |

# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

| | |
|---|---|
| Total Paid Claimant: | $39,833.14 |
| Trustee Allowance: | $2,524.86 |
| Percent Paid Unsecured: | 39.31 |

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

                                             /s/ Lydia S. Meyer
                                            Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 09/27/2007        By  /s/Heather M. Fagan